UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2016 OCT -4 AM 10: 19

---

Anthony Morris

Write the full name of each plaintiff.

-against-

Arresting officer Shield # 900586

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

No. 16 -cv-4756 (Cm)

(To be filled out by Clerk's Office)

**AMENDED**
**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-4-16

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other:   _VI Amendment_____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Anthony_____   _K_____   _Morris_____
First Name                Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_Anthony Morris_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Current Place of Detention

_234 Groove Ove_____   _Brookly N.4   Ny.   11237_
Institutional Address

County, City                State          Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☑ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

_NYPD 5_ _____ _900586_____

First Name          Last Name          Shield #

_____

Current Job Title (or other identifying information)

_Police officers_____

Current Work Address

_221 East 123 Street  N.Y NY_____

County, City          State          Zip Code

Defendant 2:

_____

First Name          Last Name          Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City          State          Zip Code

Defendant 3:

_____

First Name          Last Name          Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City          State          Zip Code

Defendant 4:

_____

First Name          Last Name          Shield #

_____

Current Job Title (or other identifying information)

_____

Current Work Address

_____

County, City          State          Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:   Brooklyn New York 234 Groove Ave.

Date(s) of occurrence:   April 17, 2014

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

See Attachment.

FOR COMPLAINTS AGAINST MEMBERS OF THE NYC POLICE DEPT. ONLY

## COMPLAINT REPORT – CIVILIAN COMPLAINT REVIEW BOARD

Instructions. You may file this report by:

(A) Delivering it in person to the Civilian Complaint Review Board (CCRB); or
(B) Mailing it (postage pre-paid) to the CCRB; or
(C) Telephoning the CCRB at 1-800-341-CCRB; or
(D) Filing it at any police precinct station house (obtain filing receipt).

1. COMPLAINANT Last Name: Morris First Name: Anthony MI: K Home Phone: 718-909-8227 Business Phone:

Address (Home/Business): 234 Groove Ave Apt. No.: 2F City: Brooklyn State: NY Zip Code: 11237 Date of Birth: 12-7-82

Optional/For statistical purposes only: Sex: (✓) M ( ) F Race/Ethnicity:

2. Did you witness the incident complained of? (✓) Yes ( ) No

3. If you are filing a complaint on behalf of someone else, what is your relationship, if any, to the person(s)?
( ) Parent ( ) Spouse ( ) Relative ( ) Guardian ( ) Child ( ) Friend ( ) None (✓) Other Self

4. Please provide as much of the following information as you can about the person(s) on whose behalf the complaint is filed and any witness(es) to the incident. (Use other side of page if necessary):

a. (✓) VICTIM ( ) WITNESS Last Name: Morris First Name: Anthony MI: K Home Phone: Business Phone:

Address (Home/Business): 234 Groove Ave Apt. No.: 2F City: Brooklyn State: NY Zip Code: 11237 Date of Birth: 12-7-82

Optional/For statistical purposes only: Sex: (✓) M ( ) F Race/Ethnicity:

b. ( ) VICTIM ( ) WITNESS Last Name: First Name: MI: Home Phone: Business Phone:

Address (Home/Business): Apt. No.: City: State: Zip Code: Date of Birth:

Optional/For statistical purposes only: Sex: ( ) M ( ) F Race/Ethnicity:

5. April 17, 2014
Date and Time of Incident

234 Groove Ave. Brooklyn, NY
Location of Incident (Including borough)

6. Identification of police officer(s) complained of (if unknown, provide physical description of officer(s) or type of duty performed; such as dressed in uniform or in civilian clothes; foot, scooter or auto patrol; detective). Also identify officer(s) at the scene who are not complained of. (Use other side of page if necessary):

| Rank | Name | Precinct/Command | Patrol Car #. | Shield # |
|------|------|------------------|---------------|----------|
|      |      | NYCPD 5          |               | 900586   |
|      |      |                  |               |          |
|      |      |                  |               |          |

7. Description of the incident in as much detail as possible. (Use other side of page if necessary):

On April 17, 2014 5 Police officers came to my house with a search warrant with someone else name on it, which does'nt live at the house or we know of him. The officers arrested me with no cause or reasons to do so. No pictures or explantion, warran was ever given for the arrest.

8. I have read the foregoing complaint and the contents thereof are true to the best of my knowledge and information.

X _Arthur Morris_
COMPLAINANT'S SIGNATURE

May 24 2016
DATE

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was rough up, Pushed, Kicked & thrown down to the ground by 5 officers from the NYcPD 5. The arresting officer's shield # 900586.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Pain & suffering, One back & neck pain due to the bedding, Second, a slip & fall in which I now constanstly have leg pain. Third, stress from being away from family, loss of job, home, & buisness I owned. 3,000,000

Page 5

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

May 27, 2016
_____
Dated

*Anthony Morris*
_____
Plaintiff's Signature

Anthony                    K                    Morris
_____
First Name          Middle Initial          Last Name

Downstate Correctional facility Boxf Red schoolHouse road
_____
Prison Address

fishkill                              New York              12524
_____
County, City                        State                Zip Code

(Niɒ: 16A2235)

Date on which I am delivering this complaint to prison authorities for mailing:   September 27 2016

Page 6

**DOWNSTATE CORRECTIONAL FACILITY**
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445

NAME: Anthony Morais          DIN: 16A2235

DOWNSTATE
CORRECTIONAL
FACILITY

CLERK

UNITED STATES DISTRICT
SOUTHERN DISTRICT of New York
The DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
U·S· COURTHOUSE - 500 PEARL ST
NEW YORK, N·Y· 10007

Legal/Mail

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: Anthony Morris          DIN: 16A2235